UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ARCHIL LAPACHISHVILLI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 21-cv-224 ) ) |
| TERI WILLIAMS and CRST EXPEDITED, INC., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

NOW COMES the Defendant, CRST EXPEDITED, INC. (hereinafter referred to as "CRST"), by and through its attorneys, MULHERIN, REHFELDT & VARCHETTO, P.C., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes and gives notice of its removal of this action to the United States District Court for the Northern District of Indiana, South Bend Division.  As grounds for removal, the Defendant states as follows:

## NATURE OF THE ACTION

1. On March 7, 2021, the Plaintiff, Archil Lapachishvilli (hereinafter referred to as "LAPACHISHVILLI"), commenced this action by the filing of a Complaint in the LaPorte Circuit Court, Indiana.  (See Plaintiff's Complaint, attached hereto as Exhibit "A").

2. The Plaintiff alleges injuries and damages as the result of a motor vehicle accident between two semi-trucks which allegedly occurred on March 12, 2019 in Wanatah, LaPorte County, Indiana.  (See Exhibit A).

3. Both the location of the alleged accident and the location of the Circuit Court of LaPorte County fall within the geographic boundaries of this Court.

4. As discussed below, there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interests and costs.

## PARTIES AND DIVERSITY OF CITIZENSHIP

5. The Plaintiff, Archil Lapachishvilli, is a resident of the State of New Jersey. (See the Indiana Officer's Standard Crash Report, attached hereto as Exhibit "B").

6. The Defendant, Teri Williams, is a resident of the State of Ohio. (See Exhibit B; and the Summons and Complaint issued to Teri Williams attached hereto as Exhibit "C").

7. The Defendant, CRST EXPEDITED, INC., is incorporated in the State of Iowa and has its principal place of business in the State of Iowa. (See the Summons and Complaint issued to CRST EXPEDITED, INC., attached hereto as Exhibit "D").

8. As such, there is complete diversity of citizenship between all parties in this case in accordance with 28 U.S.C. §1332(a) and (c).

## AMOUNT IN CONTROVERSY

9. The Plaintiff has not pled a specific amount in his ad damnum, but generally alleges that he sustained "personal and physical injuries, including, but not limited to, a head injury; incurred and will incur medical, hospital, surgical, pharmaceutical, and therapeutic expenses; suffered and will suffer physical pain, mental suffering, and loss of enjoyment of life; and incurred other injuries and damages of a personal and pecuniary nature." (See Exhibit A, ¶15).

10. The amount in controversy based upon the allegations of the Plaintiff exceed the $75,000 jurisdictional threshold set forth in 28 U.S.C. §1332(a).

## **REMOVAL PROCEDURES**

11. As indicated above, and pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders that have been served on CRST to date have been attached hereto. (See Exhibit C).

12. As the Summons to CRST was issued on March 8, 2021, this matter is being removed within the 30 day time period set forth in 28 U.S.C. §1446(b).

13. A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of LaPorte County, State of Indiana.

14. A copy of this Notice of Removal, is being served on all parties.

15. Defendant, CRST, reserves the right to amend or supplement this Notice of Removal pursuant to Rule 15(a).

Dated: March 30, 2021        MULHERIN, REHFELDT & VARCHETTO, P.C.

By:        /s/ James J. Temple
James J. Temple, #32438-45
MULHERIN, REHFELDT & VARCHETTO, P.C.
211 S. Wheaton Avenue, Suite 200
Wheaton, IL  60187
(630) 653-9300
Fax: (630) 653-9316
jtemple@mrvlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2021, I electronically filed the foregoing Notice of Removal, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Brock P. Alvarado
    Michael F. McFarland
    **Walter J. Alvarez, P.C.**
    1524 W. 96th Avenue
    Crown Point, IN  46307
    alvarezpclaw@aol.com
    brock@gowithalvarez.com
    michael@gowithalvarez.com


                              /s/ James J. Temple