Filed: 3/7/2021 7:22 PM
Clerk
LaPorte County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAPORTE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF LAPORTE | ) | SITTING AT LAPORTE, INDIANA |

ARCHIL LAPACHISHVILLI,      )
                      )
       Plaintiff,          )
                      )
       v.              )     CAUSE NO. : 46C01-2103-CT-000493
                      )
TERI WILLIAMS and         )
CRST EXPEDITED, INC.,     )
                      )
       Defendants.    )

## COMPLAINT

NOW COMES the Plaintiff, by counsel, and complaining of the Defendants, states as follows:

1.  That all of the events hereinafter occurred within the territorial confines of LaPorte County, Indiana.

2.  That at the time of the incident described herein, Defendant, CRST EXPEDITED, INC., (hereinafter "CRST") was a for-profit corporation conducting commercial trucking business upon the roadways of Indiana, including LaPorte County, Indiana.

3.  That on or about March 12, 2019, at approximately 4:50 a.m., Plaintiff was duly operating a vehicle in the righthand lane, westbound on U.S. Highway 30 approximately 387 feet west of U.S. Highway 421, in the corporate limits of Wanatah, LaPorte County, Indiana.



EXHIBIT

tabbies®

A

4.    That on or about March 12, 2019, at the same time and approximate location, Defendant, TERI WILLIAMS, (hereinafter "Williams") was operating a semi-tractor trailer in the left hand lane, directly behind and aside, the vehicle Plaintiff was driving.

5.    That on and before March 12, 2019, Williams owed Plaintiff, and other drivers upon the public roadway, a duty to use reasonable care in the operation, inspection, maintenance and repair of the semi tractor-trailer she was driving, so as to avoid causing injury, harm, damages, and loss.

6.    However, on March 12, 2019, Williams breached the foregoing duty and was negligent and/or reckless in one or more of the following ways, *inter alia*:

    a    Williams followed the vehicle Plaintiff was driving too closely;
    b    Williams failed to give herself enough time, space, and room to change lanes;
    c    Williams failed to keep and maintain reasonable and proper lookout for vehicles traveling directly in front of and next to her;
    d    Williams failed to reasonably and properly control her commercial vehicle;
    e    Williams operated her commercial vehicle at an unsafe and unreasonable speed given the then-existing conditions;
    f    Williams failed to take reasonable steps, actions or maneuvers to avoid a collision;
    g    Williams moved or changed the direction of her vehicle's travel when, and under conditions, when such movement could not be made with reasonable safety;
    h    Williams failed to act as a reasonably prudent professionally-licensed and trained truck driver would have acted under the same or similar conditions;
    i    Williams failed to comply with Parts 390, 391, 392, 395, and 396 of the Federal Motor Carrier Safety Regulations, as she was a professional truck driver possessing a commercial driver's license;
    j    Williams failed to inspect the vehicle she was driving, before operating it, when a reasonable inspection would have revealed needed repairs or unreasonably dangerous defects;
    k    Williams failed to maintain the vehicle she was driving, before operating it, when reasonable maintenance would have prevented needed repairs and/or unreasonably dangerous defects;
    l    Williams failed to repair the vehicle she was driving when she knew or, in the exercise of reasonable care, should have known that the vehicle she was driving was in need of repair and/or was unreasonably dangerous to operate; and/or

m    Williams failed to act as a reasonable and prudent driver would under the same or similar circumstances.

7.    As a direct and proximate result of Williams' negligence and/or recklessness, Williams crashed into the side of Plaintiff's vehicle with great force and violence while Plaintiff was duly proceeding in his lane upon the highway- then Williams overtly attempted to disingenuously misrepresent the facts and circumstances of the collision to the investigating officer only to be rebutted by the video dash cam recording onboard Plaintiff's vehicle.

8.    As a direct and proximate result of Williams' negligence and the resulting impact, Plaintiff sustained personal and physical injury, including, but limited to, a head injury; incurred and will incur medical, hospital, surgical, pharmaceutical, and therapeutic expenses; suffered and will suffer physical pain, mental suffering, and loss of enjoyment of life; and incurred other injuries and damages of a personal and pecuniary nature.

9.    CRST is authorized to operate as a motor carrier under the Federal Motor Carrier Safety Act.

10.    That on March 12, 2019, Williams was an employee and/or agent for CRST and acting within the scope and course of said employment and/or agency.

11.    That on March 12, 2019, Williams was an employee of CRST, as defined by the Federal Motor Carrier Safety Act., 49 C.F.R. 390.5.

12.    That CRST is vicariously liable under the doctrine of *Respondent Superior* for the negligent acts and/or omissions of Williams.

13.    That on and before March 12, 2019, CRST owed Plaintiff and other drivers upon the public roadways a duty to use reasonable care in the hiring, training, supervision, and

-3-

retention of those entrusted to operate their tractor-trailer, so as to avoid causing injury, loss, harm or damages to others.

14.    However, on or about March 12, 2019, CRST breached the foregoing duty and was negligent and/or reckless.

15.    As a direct and proximate result of CRST's negligence and the resulting impact, Plaintiff sustained personal and physical injury, including, but limited to, a head injury; incurred and will incur medical, hospital, surgical, pharmaceutical, and therapeutic expenses; suffered and will suffer physical pain, mental suffering, and loss of enjoyment of life; and incurred other injuries and damages of a personal and pecuniary nature.

WHEREFORE, Plaintiff, ARCHIL LAPACHISHVILLI, prays for reasonable compensatory relief from Defendants, TERI WILLIAMS and CRST EXPEDITED, INC. for all injuries, expenses, and damages pertaining or relating to the crash described herein, the costs of this action, and for all other just and proper relief in the premises.

Respectfully submitted,

Brock P. Alvarado (16348-45)
Attorney for Plaintiff

## JURY DEMAND

Plaintiff demands trial by jury as to all issues raised in his Complaint.

Respectfully submitted,
**WALTER J. ALVAREZ, P.C.**
Attorneys for Plaintiff

Brock P. Alvarado (16348-45)

-5-

# INDIANA OFFICER'S STANDARD CRASH REPORT
### Electronic Version

903336380

| Page | 1 | of | 5 |

Local ID: 201900087227

| Date of Crash | Day of Week | Actual Local Time | County | Township | # Motor Vehicles | # Injured | # Dead | # Commercial Vehicles | # Deer |
|---|---|---|---|---|---|---|---|---|---|
| 03/12/2019 | Tue | 4:50 AM | LA PORTE | CASS | 2 | 2 | 0 | 2 | 0 |

| Road Crash Occurred On | Nearest/Intersecting Road/MileMarker/Interchange | If not an intersection, number of feet from | Direction | Road Classification |
|---|---|---|---|---|
| US30 | US 421 HWY | 387 | W | US ROUTE |

| Inside Corporate Limits? | City/Town or Nearest City/Town | Property? | Crash Latitude | Crash Longitude |
|---|---|---|---|---|
| YES | WANATAH | | | |

| Driver #1 | Driver #2 | Driver #3 | Driver #4 |
|---|---|---|---|
| WILLIAMS,TERI,L | LAPACHISHVILI,ARCHIL | | |

## Area Information

| | |
|---|---|
| Hit and Run | NO |
| School Zone | NO |
| Rumble Strips | NO |
| Locality | RURAL |
| Light Condition | DARK (NOT LIGHTED) |
| Weather Conditions | CLEAR |
| Surface Condition | DRY |
| Type of Median | |
| Type of Roadway Junction | NO JUNCTION INVOLVED |
| Road Character | STRAIGHT/LEVEL |
| Roadway Surface | CONCRETE |
| Construction | NO |
| Traffic Control Devices | LANE CONTROL |
| Traffic Control Device Operational? | NA |

**Driver Contributing Circumstances** (Primary Cause, Vehicle 1-4): Following Too Closely (checked); None (checked)

**Vehicle Contributing Circumstances**: None (checked)

**Environment Contributing Circumstances**: None (checked)

Total Estimate of all damage in the Crash: $25001 TO $50000

Was this crash the result of aggressive driving? NO

Other Property Damage (1) / (2): State Property, Owner's Name and Address

## Witness/Other Participant
## Non-Motorist

EXHIBIT B

903336380

Local ID
201900087227

| Type of Crash | REAR END | | | | | |
|---|---|---|---|---|---|---|
| **Time Notified** | **Time Arrived** | **Other Location of Investigation** | | | | |
| 4:53 AM | 4:53 AM | AT SCENE ONLY | | | | |
| **Assisting Officer** | | **ID No.** | **Agency** | | **Investigation Complete?** | **Photos Taken?** |
| | | | | | YES | NO |
| **Assisting Officer** | | **ID No.** | **Agency** | | **Date of Report** | |
| | | | | | 03/12/2019 | |
| **Investigating Officer** | | **ID No.** | **Agency** | | **Reviewing Officer** | |
| DEVRIES, T | | 6162 | ISP LOWELL 13 | | DJB 7281 | |

## Narrative

Vehicle 1, a white Freightliner semi was in the left lane of US 30 in Wanatah, IN just west of US 421. Vehicle 2, an orange Freightliner was in the right lane of US 30 in front of vehicle 1. Driver 1, Teri Williams stated that she saw a passenger vehicle stopped in the left lane in front of her. She stated that she moved to the right lane where she observed vehicle 2 also stopped in the roadway. She then stated that she struck the trailer of vehicle 2. The crash caused significant front end damage to the front of vehicle 1. It also caused the passenger who was in the sleeper berth of vehicle 1 to have injuries/cuts to his face. The passenger was transported by ambulance to the hospital for treatment.

Driver 2, Archil Lapachishvili stated that he was driving in the right lane of US 30 and was struck in the trailer by vehicle 1. Driver 2 stated that he did not see a passenger vehicle stopped in the roadway. The trailer of vehicle 2 sustained damage to the left rear but was able to be driven away. Driver 2 sustained a minor head injury and was treated at the scene. Driver 2 was able to provide me with dash camera footage from his windshield prior to and during the crash. The camera showed that there was no stopped vehicle stopped in the left lane. Nor did it show vehicle 2 stopped in the right lane. The camera showed that driver 2 was in the right lane and was struck from behind by another vehicle.

Traffic was very light at the time of the crash.

Official copy obtained through BuyCrash.co

## UNIT INFORMATION

**Local ID**
201900087227

903336380

Page 3 of 5

| | Driver's Name (Last, First, MI) | Safety Equipment Used |
|---|---|---|
| 1 | WILLIAMS, TERI, L | LAP + HARNESS |

**Address (Street, City, State, Zip)**
3035 FRANKLIN ST

**Safety Equipment Effective?**
YES

BELLAIRE OH 43908

**Ejection/Trapped**
NOT EJECTED OR TRAPPED

| Date of Birth | Age | Gender | EMS No. | Immed Attn | Driver Injury Status |
|---|---|---|---|---|---|
| 05/06/1971 | 47 | FEMALE | | | |

| Driver's License # | Lic Type | CDL Class | Lic State | Nature of Most Severe Injury |
|---|---|---|---|---|
| RQ413659 | CD | A | OH | |

**Location of Most Severe Injury**

**Apparent Physical Status**
- [x] Normal
- [ ] Had Been Drinking
- [ ] Handicapped
- [ ] Ill
- [ ] Asleep/Fatigued
- [ ] Drugs/Medication
- [ ] Unknown

**Restrictions**
- [x] Glasses/Contact Lenses
- [ ] Outside Rearview Mirror
- [ ] Daylight Driving
- [ ] Automatic Transmission
- [ ] Special Controls
- [ ] Employment Only
- [ ] Motorcycle Only
- [ ] To/From Employment

- [ ] Employer's Vehicle Only
- [ ] State-Owned Vehicles
- [ ] PP Chauffeurs Taxi Only
- [ ] Power Steering
- [ ] Special Restrictions
- [ ] Probation DWI
- [ ] Probation HTO
- [x] None

**If Cited?**
- [ ] Infraction
- [ ] Misdemeanor
- [ ] Felony

**IC Codes**

| Test Given | Type Given | | | | |
|---|---|---|---|---|---|
| NONE | [ ] Blood | [ ] Urine | [ ] Breath | [ ] SFST | [ ] PBT |

**Alcohol Results**
PBT

**Certified Test** [ ] Pending

**Drug Results**

| Initial Impact Area | |
|---|---|
| [x] Undercarriage | |
| [ ] Trailer | |
| [ ] None | |
| [ ] Unknown | |

Front: [x] [ ] [ ] / [ ] [ ] [ ] :Rear

| Veh# | Color | Vehicle Year | Make | Model | Style |
|---|---|---|---|---|---|
| 1 | WHITE | 2019 | FREIGHTLINER | CASCADIA 125 | CC |

| # Occupants | Lic Year | License # | License State |
|---|---|---|---|
| 2 | 2019 | 2572090 | IN |

| # Axles | Speed Limit | Insured By | Phone Number |
|---|---|---|---|
| 5 | 40 | ACE AMERICAN INS CO | 8005152778 |

**Areas Damaged (Multiples)**
- [x] Undercarriage
- [x] Trailer
- [ ] None
- [ ] Unknown

Front: [x] [x] [ ] / [x] [ ] [ ] :Rear
[x] [x] [ ]

**Vehicle Identification#**
3AKJGLDR2KDKM2401

**Registered Owner's Name (Last, First, MI)** [ ] Same as Driver
CRST EXPEDITED

**Address (Street, City, State, Zip)**
3930 16TH AVE SW

CEDAR RAPIDS IA 52406

**Vehicle Use**
COMMERCIAL(TAXIS,COMMON,CONTRACT)

| Towed? | To | WANATAH | Due to Disabling Damage |
|---|---|---|---|
| YES | By | JOHNS GARAGE | YES |

**Emergency Run?** **Fire?**
NO

| | Lic State | Lic Year | Registered Owner's Name (Last, First, MI) [ ] Same as Driver |
|---|---|---|---|
| 1a | OK | 2019 | CRST EXPEDITED |

**Vehicle Type**
TRACTOR/ONE SEMI TRAILER

| License# | Address (Street, City, State, Zip) |
|---|---|
| 2842HA | 924 S MORGAN BLVD |

**Pre-Crash Vehicle Action**
CHANGING LANES

| Veh Year | Make | | | | |
|---|---|---|---|---|---|
| 2012 | VANGAURD | OKLAHOMA CITY | OK | 73128 | |

**Direction of Travel**
WEST

| | Lic State | Lic Year | Registered Owner's Name (Last, First, MI) [ ] Same as Driver |
|---|---|---|---|
| | | | |

| License# | Address (Street, City, State, Zip) |
|---|---|
| | |

**Type of Primary/Secondary Roadway**
- [ ] One Way Road
- [ ] One Lane - One Way
- [ ] Two Lanes - One Way
- [ ] Multi-Lanes (3 or more) - One Way
- [x] Multi-Lane w/ Grass Median Only
- [ ] Multi-Lane w/ Center Turn Lane
- [ ] Multi-Lane w/ Curb Raised Median
- [ ] Multi-Lane w/ Cable Barrier

- [ ] Two Lanes - Two Way
- [ ] Multi-Lane Divided (3 or more) - Two Way
- [ ] Multi-Lane Undivided Two Way Left Turn
- [ ] Multi-Lane Undivided (3 or more) - Two Way
- [ ] Multi-Lane w/ Concrete Barrier
- [ ] Multi-Lane w/ Metal Guardrail Median
- [ ] Private Drive [ ] Alley
- [ ] Ramp

| Veh Year | Make |
|---|---|
| | |

| | Commercial Vehicle: Carrier's Name and Address |
|---|---|
| 1 | CRST EXPEDITED INC |

3930 16TH AVE SW

CEDAR RAPIDS IA 52406

**Event Collision With**
1. ANOTHER MOTOR VEHICLE

**HAZMAT Proper Shipping Name:**

**State DOT#**

| US DOT# | ICC# | CMV Inspection | If Yes |
|---|---|---|---|
| 0000053773 | | YES | L3 |

| Gross Vehicle Weight Rating | Cargo Body Type |
|---|---|
| 26,001# OR MORE | VAN/ENCLOSED BOX |

| HAZMAT Placard | HAZMAT Release of Cargo | HAZMAT 4-Digit ID# | Hazzard Class # |
|---|---|---|---|
| NO | | | |

Official copy obtained through BuyCrash.co

## UNIT INFORMATION

| | | |
|---|---|---|
| **Local ID** | 903336380 | Page 4 of 5 |
| 201900087227 | | |

| 2 | **Driver's Name (Last, First, MI)** LAPACHISHVILI, ARCHIL | **Safety Equipment Used** LAP + HARNESS |
|---|---|---|

**Address (Street, City, State, Zip)**
333 SUSSEX AVE

| NEWARK | NJ | 07107 |
|---|---|---|

**Safety Equipment Effective?** YES

**Ejection/Trapped** NOT EJECTED OR TRAPPED

| **Date of Birth** 01/06/1977 | **Age** 42 | **Gender** MALE | **EMS No.** 0997 | **Immed Attn** NO | **Driver Injury Status** NON-INCAPACITATING - TREATED AT |
|---|---|---|---|---|---|

| **Driver's License #** L05090560001772 | **Lic Type** CD | **CDL Class** A | **Lic State** NJ | **Nature of Most Severe Injury** COMPLAINT OF PAIN |
|---|---|---|---|---|

**Location of Most Severe Injury** HEAD

### Apparent Physical Status

| | | |
|---|---|---|
| ☑ Normal | **Restrictions** | **Employer's Vehicle Only** |
| ☐ Had Been Drinking | ☐ Glasses/Contact Lenses | |
| ☐ Handicapped | ☐ Outside Rearview Mirror | ☐ State-Owned Vehicles |
| ☐ Ill | ☐ Daylight Driving | ☐ PP Chauffeurs Taxi Only |
| ☐ Asleep/Fatigued | ☐ Automatic Transmission | ☐ Power Steering |
| ☐ Drugs/Medication | ☐ Special Controls | ☐ Special Restrictions |
| ☐ Unknown | ☐ Employment Only | ☐ Probation DWI |
| | ☐ Motorcycle Only | ☐ Probation HTO |
| | ☐ To/From Employment | ☑ None |

**If Cited?** **IC Codes**
☐ Infraction
☐ Misdemeanor
☐ Felony

| **Test Given** NONE | **Type Given** ☐ Blood ☐ Urine ☐ Breath ☐ SFST ☐ PBT |
|---|---|

**Drug Results**

| **Alcohol Results** | **Certified Test** | ☐ Pending |
|---|---|---|
| PBT | | |

| **Veh#** 2 | **Color** ORANGE | **Vehicle Year** 2007 | **Make** FREIGHTLINER | **Model** CST120 | **Style** CC |
|---|---|---|---|---|---|

**Initial Impact Area**
☐ Undercarriage
☑ Trailer
☐ None
☐ Unknown

Front / Rear (diagram grid)

| **# Occupants** 1 | **Lic Year** 2019 | **License #** AT698A | **License State** NJ |
|---|---|---|---|

| **# Axles** 5 | **Speed Limit** 40 | **Insured By** DRIVE NJ INS CO | **Phone Number** 9735461099 |
|---|---|---|---|

**Areas Damaged (Multiples)**
☐ Undercarriage
☑ Trailer
☐ None
☐ Unknown

Front / Rear (diagram grid)

**Vehicle Identification#**
1FUJBBCK87LW35055

**Registered Owner's Name (Last, First, MI)**    ☐ Same as Driver
LAPACHISHVILI, ARCHIL

**Address (Street, City, State, Zip)**
333 SUSSEX AVE

| NEWARK | NJ | 07107 |
|---|---|---|

**Vehicle Use**
COMMERCIAL(TAXIS,COMMON,CONTRACT)

| **Towed?** NO | **To** **By** | **Due to Disabling Damage** |
|---|---|---|

**Emergency Run?**    **Fire?**
                    NO

| 2a | **Lic State** ME | **Lic Year** 2019 | **Registered Owner's Name (Last, First, MI)** LAPACHISHVILI, ARCHIL | ☐ Same as Driver |
|---|---|---|---|---|

**License#** 2093789

**Address (Street, City, State, Zip)**
333 SUSSEX AVE

**Vehicle Type**
TRACTOR/ONE SEMI TRAILER

| **Veh Year** 2007 | **Make** GREAT DANE | NEWARK | NJ | 07107 |
|---|---|---|---|---|

**Pre-Crash Vehicle Action**
GOING STRAIGHT

| | **Lic State** | **Lic Year** | **Registered Owner's Name (Last, First, MI)** | ☐ Same as Driver |
|---|---|---|---|---|

**Direction of Travel**
WEST

| **License#** | **Address (Street, City, State, Zip)** |
|---|---|

**Type of Primary/Secondary Roadway**

| **Veh Year** | **Make** | | |
|---|---|---|---|
| | **Commercial Vehicle: Carrier's Name and Address** | ☐ One Way Road | ☐ Two Lanes - Two Way |
| 2 | ARCHIL LAPACHISHVILI | ☐ One Lane - One Way | ☐ Multi-Lane Divided (3 or more) - Two Way |
| | | ☐ Two Lanes - One Way | ☐ Multi-Lane Undivided Two Way Left Turn |
| 333 SUSSEX AVE | | ☐ Multi-Lanes (3 or more) - One Way | ☐ Multi-Lane Undivided (3 or more) - Two Way |
| NEWARK | NJ    07107 | ☑ Multi-Lane w/ Grass Median Only | ☐ Multi-Lane w/ Concrete Barrier |

**HAZMAT Proper Shipping Name:**    **State DOT#**
☐ Multi-Lane w/ Center Turn Lane    ☐ Multi-Lane w/ Metal Guardrail Median
☐ Multi-Lane w/ Curb Raised Median    ☐ Private Drive    ☐ Alley

| **US DOT#** 0002536395 | **ICC#** | **CMV Inspection** NO | **If Yes** |
|---|---|---|---|

☐ Multi-Lane w/ Cable Barrier    ☐ Ramp

| **Gross Vehicle Weight Rating** 26,001# OR MORE | **Cargo Body Type** VAN/ENCLOSED BOX |
|---|---|

**Event Collision With**
1. ANOTHER MOTOR VEHICLE

| **HAZMAT Placard** NO | **HAZMAT Release of Cargo** | **HAZMAT 4-Digit ID#** | **Hazzard Class #** |
|---|---|---|---|

Official copy obtained through BuyCrash.c

**NON-DRIVER INJURED INFORMATION**

903336380

Page   5   of   5

Local ID
201900087227

| Injured Pre-crash Location: | Veh# 1   INJURED | Safety Equipment Used NO RESTRAINT |
|---|---|---|
| Name (Last, First, MI) INGRAM, JOHN, K | | Safety Equipment Effective? |
| Address (Street, City, State, Zip) 1918 MONUMENT ST | | Ejection/Trapped NOT EJECTED OR TRAPPED |

| | | | EMS No. 0997 | Immed Attn YES | Injury Status INCAPACITATING - |
|---|---|---|---|---|---|

PHILADELPHIA                    PA      19121

| Date of Birth 03/02/1975 | Age 44 | Gender MALE |
|---|---|---|

Nature of Most Severe Injury
MINOR BLEEDING

Location of Most Severe Injury
FACE

Position in or on Vehicle

| Test Given | Type Given | | | | |
|---|---|---|---|---|---|
| | ☐ Blood | ☐ Urine | ☐ Breath | ☐ SFST | ☐ PBT |

| Alcohol Results PBT | Certified Test | ☐ Pending | Drug Results |
|---|---|---|---|

---

| Injured Pre-crash Location: | Veh# | Safety Equipment Used |
|---|---|---|
| Name (Last, First, MI) | | Safety Equipment Effective? |
| Address (Street, City, State, Zip) | | Ejection/Trapped |

| EMS No. | Immed Attn | Injury Status |
|---|---|---|

| Date of Birth | Age | Gender |
|---|---|---|

Nature of Most Severe Injury

Location of Most Severe Injury

Position in or on Vehicle

| Test Given | Type Given | | | | |
|---|---|---|---|---|---|
| | ☐ Blood | ☐ Urine | ☐ Breath | ☐ SFST | ☐ PBT |

| Alcohol Results PBT | Certified Test | ☐ Pending | Drug Results |
|---|---|---|---|

---

| Injured Pre-crash Location: | Veh# | Safety Equipment Used |
|---|---|---|
| Name (Last, First, MI) | | Safety Equipment Effective? |
| Address (Street, City, State, Zip) | | Ejection/Trapped |

| EMS No. | Immed Attn | Injury Status |
|---|---|---|

| Date of Birth | Age | Gender |
|---|---|---|

Nature of Most Severe Injury

Location of Most Severe Injury

Position in or on Vehicle

| Test Given | Type Given | | | | |
|---|---|---|---|---|---|
| | ☐ Blood | ☐ Urine | ☐ Breath | ☐ SFST | ☐ PBT |

| Alcohol Results PBT | Certified Test | ☐ Pending | Drug Results |
|---|---|---|---|

---

| Injured Pre-crash Location: | Veh# | Safety Equipment Used |
|---|---|---|
| Name (Last, First, MI) | | Safety Equipment Effective? |
| Address (Street, City, State, Zip) | | Ejection/Trapped |

| EMS No. | Immed Attn | Injury Status |
|---|---|---|

| Date of Birth | Age | Gender |
|---|---|---|

Nature of Most Severe Injury

Location of Most Severe Injury

Position in or on Vehicle

| Test Given | Type Given | | | | |
|---|---|---|---|---|---|
| | ☐ Blood | ☐ Urine | ☐ Breath | ☐ SFST | ☐ PBT |

| Alcohol Results PBT | Certified Test | ☐ Pending | Drug Results |
|---|---|---|---|

Official copy obtained through BuyCrash.co



NOT TO SCALE

US 30



Crash #201900087227
March 12, 2019
US 30 WB west of US 421
Driver 1, Williams
Driver 2, Lapachishvili
Tpr. Thomas DeVries 6162
Indiana State Police

Official copy obtained through BuyCrash.c